NIALL E. LYNCH (State Bar No. 157959)
NATHANAEL M. COUSINS (State Bar No. 177944)
MAY Y. LEE (State Bar No. 209366)
BRIGID S. BIERMANN (State Bar No. 231705)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone:  (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMSUNG ELECTRONICS COMPANY, LTD.<br>and SAMSUNG SEMICONDUCTOR INC.<br><br>Defendants. | Case No. CR-05-643 (PJH)<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER FOR EXPEDITED<br><u>SENTENCING UNDER L.R. 32-1(b)</u><br><br>DATE: November 30, 2005<br>TIME:  2:30 p.m.<br>COURT: Hon. Phyllis J. Hamilton |

On October 13, 2005, the United States filed an Information charging Samsung Electronics Company, Ltd. and Samsung Semiconductor, Inc. (collectively "Samsung") with participating in a conspiracy in the United States and elsewhere to suppress and eliminate competition by fixing the prices of DRAM to be sold to certain OEM customers from on or about April 1, 1999, to on or about June 15, 2002, in violation of the Sherman Antitrust Act, 15 U.S.C. § 1.  Samsung is scheduled for a change of plea and possible sentencing on November 30, 2005. Samsung will waive Indictment and plead guilty under Fed. R. Crim. P. 11(c)(1)(C).  The United States and Samsung have filed a joint sentencing memorandum describing the material terms of the plea agreement and the agreed upon sentencing recommendation.

1  IT IS HEREBY STIPULATED AND AGREED as follows:

2  The United States and Samsung request that the Court sentence Samsung on an expedited

3  basis pursuant to Crim. L.R. 32-1(b), on November 30, 2005.  The United States and Samsung

4  respectfully submit that the Joint Sentencing Memorandum and the Plea Agreement provide

5  sufficient information for the Court to impose a sentence on November 30, 2005, the same date as

6  the change of plea hearing, without a presentence report.

7  DATED: November 22, 2005

8
9  BY: _____
   Samsung Electronics Company, Ltd.
   250, 2-Ga, Taepyong
10 Jung-gu, Seoul 100-742
   Republic of Korea
11
   BY: _____
12 Samsung Semiconductor, Inc.
   3655 North First Street
13 San Jose, CA 95134

14 BY: _____
   Gary L. Halling, CA No. 66087
15 Sheppard, Mullin, Richter & Hampton LLP
   Four Embarcadero Center
16 Seventeenth Floor
   San Francisco, CA 94111
17 Tel: (415) 774-3234
   Fax: (415) 434-3947
18

   BY: _____
   Niall E. Lynch, CA No. 157959
   Nathanael M. Cousins, CA No. 177944
   May Y. Lee, CA No. 209366
   Brigid S. Biermann, CA No. 231705
   Trial Attorneys
   U.S. Department of Justice
   Antitrust Division
   450 Golden Gate Avenue
   Box 36046, Room 10-0101
   San Francisco, CA 94102
   Tel: (415) 436-6660
   Fax: (415) 436-6687

19
20
21
22 Based on the stipulation of the parties, and for good cause shown,

23 IT IS SO ORDERED:

24 _____
25 Phyllis J. Hamilton
26 United States District Judge
27
28